# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kiel, Edward S. | U.S. District Court for the District of New Jersey | 09/08/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (FT) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ, 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2020 | Advanced Eye Care Center (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiel, Edward S. | 09/08/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kiel, Edward S.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. CHASE BANK (cash) | A | Interest | M | T | | | | | |
| 3. BANK OF AMERICA (cash) | A | Interest | K | T | | | | | |
| 4. METLIFE PERMANENT (WHOLE) LIFE INSURANCE POLICY | B | Dividend | M | T | | | | | |
| 5. NORTHWESTERN MJTUAL (WHOLE) LIFE INSURANCE POLICY | B | Dividend | L | T | | | | | |
| 6. NEW YORK LIFE CUSTOM WHOLE LIFE INSURANCE POLICY | D | Dividend | N | T | | | | | |
| 7. ACCOUNT #1 (H) | | | | | | | | | |
| 8. JPMORGAN DEPOSIT ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 9. FIDELITY SALEM STR TR FIDELITY 500 (FXAIX) | D | Dividend | N | T | Buy (add'l) | 03/09/20 | K | | |
| 10. | | | | | Sold (part) | 03/19/20 | K | | |
| 11. | | | | | Sold (part) | 05/11/20 | J | A | |
| 12. | | | | | Sold (part) | 06/08/20 | J | B | |
| 13. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 14. FIDELITY SALEM STR TR INTL INDEX (FSPSX) | B | Dividend | L | T | Sold (part) | 03/09/20 | K | | |
| 15. | | | | | Sold (part) | 03/19/20 | J | | |
| 16. ISHARES CORE MSCI EMERGING MARKETS ETF (IEMG) | A | Dividend | K | T | Buy | 10/22/20 | K | | |
| 17. ISHARES MSCI JAPAN ETF EST (EWJ) | A | Dividend | K | T | Sold (part) | 02/12/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kiel, Edward S. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 19. ISHARES MSCI CANADA ETF (EWC) | A | Dividend | K | T | | | | | |
| 20. ISHARES MSCI PACIFIC EX (EPP) | A | Dividend | J | T | | | | | |
| 21. VANGUARD INTL EQUITY (VGK) | B | Dividend | L | T | Buy<br>(add'l) | 02/12/20 | J | | |
| 22. | | | | | Sold<br>(part) | 03/19/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 06/08/20 | K | | |
| 24. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 25. BLACKROCK FUNDS V HIGH YIELD BOND PORTFOLIO K (BRHYX) | B | Dividend | K | T | Buy | 03/31/20 | K | | |
| 26. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 27. FEDERATED HERMES INSTL HIGH YIELD BOND CL R6 (FIHLX) | A | Dividend | K | T | Buy | 05/11/20 | K | | |
| 28. ISHARES 20 PLUS YEAR (TLT) | A | Dividend | K | T | Buy<br>(add'l) | 10/22/20 | J | | |
| 29. ISHARES 7-10 YEAR TREASURY (IEF) | A | Dividend | | | Sold<br>(part) | 09/18/20 | J | A | |
| 30. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 31. | | | | | Sold | 10/29/20 | J | A | |
| 32. ISHARES MBS ETF EST YIELD (MBB) | A | Dividend | K | T | | | | | |
| 33. ISHARES TRUST US TREASURY BOND (GOVT) | A | Dividend | | | Buy | 03/09/20 | J | | |
| 34. | | | | | Sold | 09/18/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiel, Edward S. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. PGIM TOTAL RETURN BOND (PTRQX) | A | Dividend | J | T | Sold<br>(part) | 10/22/20 | J | | |
| 36. | | | | | Sold<br>(part) | 06/08/20 | J | | |
| 37. PIMCO REAL RETURN BOND (PRRIX) | A | Dividend | | | Sold | 03/09/20 | J | A | |
| 38. PIMCO SHORT TERM FUND (PTSHX) | A | Dividend | J | T | | | | | |
| 39. PIMCO TOTAL RETURN FUND (PTTRX) | A | Dividend | | | Sold | 05/11/20 | J | A | |
| 40. ROWE T PRICE NEW INCOME (PRXEX) | B | Dividend | K | T | Sold<br>(part) | 03/09/20 | J | A | |
| 41. | | | | | Sold<br>(part) | 09/18/20 | K | A | |
| 42. VANGUARD BOND INDEX FD (VBTLX) | B | Dividend | L | T | | | | | |
| 43. VANGUARD FIXED INCOME (VFIDX) | B | Dividend | K | T | | | | | |
| 44. VANGUARD TOTAL BOND MARKET ETF (BND) | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 45. VANGUARD TOTAL INTL BOND (BNDX) | B | Dividend | M | T | Buy<br>(add'l) | 03/09/20 | K | | |
| 46. ACCOUNT #2 (H) | | | | | | | | | |
| 47. AMERICAN NEW WORLD FUND CL F2 (NFFFX) | | None | | | Sold | 04/15/20 | J | | |
| 48. DISNEY WALT CO COM (DIS) (X) | | None | J | T | | | | | |
| 49. JPMORGAN INTERNATIONAL EQUITY FUND CL I (VSIEX) | | None | J | T | Buy | 04/14/20 | J | | |
| 50. MORGAN STANLEY GROWTH PORTFOLIO I (MSEQX) | | None | J | T | Buy<br>(add'l) | 04/14/20 | J | | |
| 51. | | | | | Sold<br>(part) | 09/18/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiel, Edward S. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD EQUITY INCOME ADM FUND (VEIRX) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 53. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 54. VANGUARD MID CAP INDEX ADMIRAL SHS (VIMAX) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 55. WCM FOCUSED INTL GROWTH FUND INSTL (WCMIX) | | None | | | Sold | 04/14/20 | J | | |
| 56. DODGE & COX INCOME (DODIX) | A | Dividend | J | T | Buy (add'l) | 03/10/20 | J | | |
| 57. VANGUARD TOTAL BOND MARKET INDEX ADM (VBTLX) | A | Dividend | J | T | Buy | 04/14/20 | J | | |
| 58. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 59. INVESCO EXCHANGE TRADED FD TR INTL DIVI (PID) | A | Dividend | | | Sold | 04/15/20 | J | | |
| 60. ISHARES CORE S&P MID-CAP ETF (IJH) (Y) | | | | | | | | | |
| 61. FIRST TRUST CLOUD COMPUTING ETF (SKYY) (X) | A | Dividend | J | T | | | | | |
| 62. INVESCO EXCHANGE TRADED FUND II CHINA (CQQQ) (X) | | None | J | T | | | | | |
| 63. ISHARES CORE S&P SMALL-CAP E (IJR) | A | Dividend | J | T | | | | | |
| 64. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | J | T | | | | | |
| 65. ISHARES SELECT DIVIDEND ETF (DVY) | A | Dividend | | | Sold | 04/15/20 | J | | |
| 66. ISHARES TR NASDAQ BIOTECH (IBB) | A | Dividend | J | T | | | | | |
| 67. VANGUARD BOND INDEX FUNDS SHORT TERM BOND (BSV) | A | Dividend | J | T | Buy | 04/15/20 | J | | |
| 68. | | | | | Buy (add'l) | 09/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiel, Edward S. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/18/20 | J | | |
| 70. ISHARES TR S&P SMALL CAP 600 GROWTH ETF (IJT) (Y) | | | | | | | | | |
| 71. VANGUARD INDEX FDS MID-CAP VALUE INDEX (VOE) (Y) | | | | | | | | | |
| 72. VANGUARD WHITEHALL FDS HIGH DIVIDEND (VYM) | A | Dividend | | | Sold | 04/15/20 | J | | |
| 73. SPDR PORTFOLIO SHORT TERM CORPORATE BOND (SPSB) | A | Dividend | | | Buy (add'l) | 03/11/20 | J | | |
| 74. | | | | | Sold | 04/15/20 | J | A | |
| 75. VANGUARD CHARLOTTE TOTAL INTL BD INDEX (BNDX) | A | Dividend | | | Buy (add'l) | 03/11/20 | J | | |
| 76. | | | | | Sold | 04/15/20 | J | | |
| 77. ACCOUNT #3 (H) | | | | | | | | | |
| 78. SCHWAB S&P 500 INDEX FUND (SWPPX) | A | Dividend | J | T | | | | | |
| 79. ACCOUNT #4 (H) | | | | | | | | | |
| 80. AMERICAN FUNDS BALANCED FUND (ABALX) | A | Dividend | J | T | | | | | |
| 81. SCHWAB S&P 500 INDEX FUND (SWPPX) | A | Dividend | J | T | | | | | |
| 82. ACCOUNT #5 (H) | | | | | | | | | |
| 83. CHARLES SCHWAB BANK (cash) | A | Interest | K | T | | | | | |
| 84. VANGUARD SHORT TERM FEDE (VSGBX) | A | Dividend | J | T | | | | | |
| 85. VANGUARD EQUITY INCOME (VEIPX) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiel, Edward S. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VANGUARD GROWTH INDEX FD (VIGAX) | A | Dividend | K | T | | | | | |
| 87. VANGUARD TARGET (VTTVX) | C | Dividend | L | T | | | | | |
| 88. ACCOUNT #6 (H) | | | | | | | | | |
| 89. CHARLES SCHWAB BANK DEPOSIT ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 90. FEDERAL NATIONAL MTG ASSN GT (FNMA) | | None | J | T | | | | | |
| 91. WESDOME GOLD MINE (WDOFF) | | None | J | T | | | | | |
| 92. GABELLI SMALL CAP GROWTH (GABSX) | | None | K | T | | | | | |
| 93. SCHWAB S&P 500 INDEX FD (SWPPX) | A | Dividend | J | T | | | | | |
| 94. ACCOUNT #7 (H) | | | | | | | | | |
| 95. DFA INTERNATIONALSMALL COMPANY PORTFOLIO (DFISX) | A | Dividend | J | T | | | | | |
| 96. DFA TAX MANAGED INTERNATIONAL VALUE (DTMIX) | A | Dividend | K | T | | | | | |
| 97. DFA TAX MANAGED US EQUITY PORTFOLIO (DTMEX) | A | Dividend | K | T | Sold (part) | 07/02/20 | J | A | |
| 98. DFA TAX MANAGED MARKETWIDE VALUE (DTMMX) | A | Dividend | K | T | | | | | |
| 99. DFA TAX MANAGED US SMALL CAP PORTFOLIO (DFTSX) | A | Dividend | K | T | Buy (add'l) | 07/02/20 | J | | |
| 100. DIMENSIONAL EMERGING MARKETS VALUE (DFEVX) | A | Dividend | J | T | | | | | |
| 101. DFA INTERMEDIATE TERM MUNI BOND INSTL (DFTIX) | A | Dividend | K | T | Sold (part) | 07/02/20 | J | A | |
| 102. DFA SHORT TERM MUNI BOND PORTFOLIO (DFSMX) | A | Dividend | J | T | Sold (part) | 07/02/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiel, Edward S. | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  ACCOUNT #8 (H) | | | | | | | | | |
| 104.  CHEVRON CORP NEW (CVX) | A | Dividend | | | Buy | 04/22/20 | J | | |
| 105. | | | | | Sold | 09/21/20 | J | | |
| 106.  CITIGROUP INC (C) | A | Dividend | J | T | Buy | 09/21/20 | J | | |
| 107.  DELTA AIR LINES INC (DAL) | | None | J | T | Buy | 04/22/20 | J | | |
| 108.  LOCKHEED MARTIN CORP COM (LMT) | A | Dividend | J | T | Buy | 11/19/20 | J | | |
| 109.  WALMART INC COM (WMT) | A | Dividend | J | T | Buy | 07/13/20 | J | | |
| 110.  DODGE & COX INCOME (DODIX) | A | Dividend | J | T | | | | | |
| 111.  FIRST TR EXCHANGE TRADED FUND<br>DOW JONES (FDN) | | None | J | T | | | | | |
| 112.  INVESCO EXCHANGETRADED FUND<br>TR II CHINA (CQQQ) | A | Dividend | J | T | | | | | |
| 113.  INVESCO QQQ TR UNIT SER 1 (QQQ) | A | Dividend | K | T | | | | | |
| 114.  ISHARES CORE S&P SMALL CAP (IJR) | A | Dividend | K | T | | | | | |
| 115.  ISHARES CORE S&P MID CAP ETF (IJH) | A | Dividend | K | T | | | | | |
| 116.  ISHARES TR NASDAQ BIOTECH (IBB) | A | Dividend | J | T | | | | | |
| 117.  ISHARES TR US AER DEF ETF (ITA) | A | Dividend | J | T | | | | | |
| 118.  JPMORGAN CHASE & CO (JPM) | A | Dividend | | | Buy | 04/22/20 | J | | |
| 119. | | | | | Sold | 07/09/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kiel, Edward S.** | 09/08/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. SELECT SECTOR SPDR TR ENERGY (XLE) | A | Dividend | J | T | | | | | |
| 121. SPDR S&P500 ETF TRUST TRUST UNIT (SPY) | A | Dividend | K | T | | | | | |
| 122. VANGUARD SECTOR INDEX FDS VANGUARD (VHT) | A | Dividend | J | T | | | | | |
| 123. VANGUARD WHITEHALL FDS HIGH DIVIDEND (VYM) | A | Dividend | K | T | | | | | |
| 124. ISHARES NATIONAL MUNI BOND ETF (MUB) | A | Dividend | | | Sold | 03/19/20 | J | | |
| 125. ACCOUNT #9 (H) | | | | | | | | | |
| 126. FRANKLIN INCOME ALLOCATION 529 PORTFOLIO | | None | L | T | | | | | |
| 127. FRANKLIN GROWTH ALLOCATION AGE 17-18 YEARS 529 PORTFOLIO | | None | K | T | Buy | 06/17/20 | K | | |
| 128. FRANKLIN GROWTH ALLOCATION AGE 15-16 YEARS 529 PORTFOLIO | | None | | | Sold | 06/17/20 | K | | |
| 129. ACCOUNT #10 (H) | | | | | | | | | |
| 130. FRANKLIN INCOME ALLOCATION 529 PORTFOLIO | | None | L | T | | | | | |
| 131. FRANKLIN GROWTH ALLOCATION AGE 17-18 YEARS 529 PORTFOLIO | | None | K | T | Buy | 06/17/20 | K | | |
| 132. FRANKLIN GROWTH ALLOCATION AGE 15-16 YEARS 529 PORTFOLIO | | None | | | Sold | 06/17/20 | K | | |
| 133. ACCOUNT #11 (H) | | | | | | | | | |
| 134. FRANKLIN INCOME ALLOCATION 529 PORTFOLIO | | None | L | T | | | | | |
| 135. NJ TREASURY MANAGED TRUST E | | None | L | T | Sold<br>(part) | 07/27/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiel, Edward S. | 09/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

NJ Treasury-Managed Trust E is the name of the holding.  It does not have underlying assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward S. Kiel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544